**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-7544**

─────────

EDUARD LORENZ,

                          Petitioner - Appellant,

    versus

JOHN R. ALDERMAN,

                          Respondent - Appellee.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-99-793-AM)

─────────

Submitted: April 13, 2000          Decided: April 19, 2000

─────────

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Eduard Lorenz, Appellant Pro Se. Matthew P. Dullaghan, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eduard Lorenz seeks to appeal the district court's order dismissing without prejudice his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999) for failing to exhaust state remedies. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Lorenz v. Alderman, No. CA-99-793-M (E.D. Va. Sept. 30, 1999). We grant Lorenz's motion requesting that the appeal proceed under Rule 30(f) of the Federal Rules of Appellate Procedure. We deny his motions requesting that he appear pro hac vice and for leave to file additional evidence. We deny Lorenz's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2